UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY,<br><br>          Plaintiff,<br><br>     v.<br><br>C. DAVIS, et al.,<br><br>          Defendants. | No.  2:13-cv-00726 DAD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with this civil rights action.  Before the court is plaintiff's ex parte motion for an order requiring prison officials to provide him with access to his legal materials.  Plaintiff contends that he has two boxes of legal materials "containing work products, notes, exhibits and affadavits [sic] pertaining to this action" and that "without these materials, prosecution of this action would be severely limited."

On January 29, 2014, the court directed the U.S. Marshall to serve the defendants.  None of the defendants have yet to appear in this action.  Although the court understands a prisoner plaintiff's need to have access to his legal materials in order to oppose dispositive motions, there are no pending motions or deadlines at this time in this civil action.  In addition, plaintiff has not demonstrated that he has exhausted the inmate grievance process with respect to his complained

/////

/////

1

1  of lack of access to his legal materials nor has he provided sufficient information describing the
2  documents he needs access to at this time.[1]
3      Accordingly, IT IS HEREBY ORDERED that plaintiff's January 29, 2014 motion for a
4  court order regarding access to legal materials (ECF No. 21) is denied.
5  Dated:  February 3, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
hard726.prop

---

[1] Instead, plaintiff simply refers to the entire contents of two boxes.

2