1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KRISTIN HARDY,                           No.  2:13-cv-0726 JAM DAD P

12               Plaintiff,

13        v.                                  ORDER

14   C. DAVIS, et al.,

15               Defendants.

16

17        Plaintiff has filed a document entitled "First Interrogatories to Defendants."  Plaintiff is

18   informed that court permission is not necessary for discovery requests and that neither discovery

19   requests served on an opposing party nor that party's responses should be filed until such time as

20   a party becomes dissatisfied with a response and seeks relief from the court pursuant to the

21   Federal Rules of Civil Procedure.  Discovery requests between the parties shall not be filed with

22   the court unless, and until, they are at issue.

23        Accordingly, IT IS HEREBY ORDERED that plaintiff's First Interrogatories to

24   Defendants, filed May 26, 2015 (ECF No. 43), will be placed in the court file and disregarded.

25   Plaintiff is cautioned that further filing of discovery requests or responses, except as

26   /////

27   /////

28   /////

1

1   required by rule of court, may result in an order of sanctions, including, but not limited to, a

2   recommendation that this action be dismissed.

3   Dated:  June 2, 2015

4

5   DALE A. DROZD
    UNITED STATES MAGISTRATE JUDGE

6

7   DAD:10/mp
    hard0726.411

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28