UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. DAVIS, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-0726 JAM DAD P<br><br><br>ORDER |

On June 23, 2015, plaintiff filed a request for a thirty-day extension of time in which to file and serve an amended complaint pursuant to the court's order of June 10, 2015. (ECF No. 46.) On July 2, 2015, plaintiff filed a motion to stay this action for sixty days pending his transfer to another prison. (ECF No. 48.) Having considered both filings, and the fact that no discovery and scheduling order has yet issued in this matter, it appears that, rather than grant a stay, the better course of action is to grant plaintiff a sixty-day extension of time in which to file an amended complaint.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's June 23, 2015 motion for an extension of time (ECF No. 46) is granted.

2. Plaintiff's July 2, 2015 motion to stay the proceedings (ECF No. 48) is denied.

////

////

3. Plaintiff is granted 60 days from the date of this order in which to file and serve an amended complaint. Pursuant to order of the district court dated June 10, 2015, defendants' answer is due no later than 21 days after the filing of the amended complaint.

Dated: July 17, 2015

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
hard0726.36amc