UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KRISTIN HARDY,<br><br>        Plaintiff,<br><br>  v.<br><br>C. DAVIS, et al.,<br><br>        Defendants. | No. 2:13-cv-0726 JAM KJN P (TEMP)<br><br>ORDER |
|---|---|

    Plaintiff is a prison inmate, proceeding pro se and in forma pauperis, with a civil rights action. On October 26, 2015, plaintiff filed his third request for the appointment of counsel. Plaintiff's previous requests were filed on April 12, 2013 and March 9, 2015. All requests were denied. In light of those orders and for the reasons set forth therein, IT IS HEREBY ORDERED that plaintiff's October 26, 2015 request (ECF No. 60) is denied.

Dated: November 10, 2015

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hard0726.31thr

1