UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY, | No. 2:13-cv-0726 JAM KJN P (TEMP) |
| Plaintiff, | |
| v. | ORDER |
| C. DAVIS, et al. | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with an action for alleged civil rights violations pursuant to 42 U.S.C. § 1983.  Plaintiff has filed three motions to compel discovery.

Plaintiff filed his first motion to compel discovery on June 25, 2015, before the defendants answered the operative complaint. The motion was therefore premature. Then, after the defendants answered, the court set the discovery schedule and, later, granted defendants an extension of time in which to serve discovery responses. (See ECF Nos. 56 and 63.)  Before that extension of time expired, though, plaintiff filed another motion to compel on December 21, 2015.  That motion was also premature: defendants served plaintiff with their discovery responses on the same day, a compliance plaintiff acknowledges in his third motion to compel, which he filed January 11, 2016.  (See ECF No. 67 at 4.)  There, he gamely requested that the court "disregard" his previous motions to compel.  The court will therefore deny the first and second motions to compel as premature and moot.

1

However, to the extent plaintiff's third motion to compel argues that defendants' discovery responses are incomplete, the court will issue its ruling on that motion in a separate order.

Accordingly, IT IS HEREBY ORDERED that the motions to compel (ECF Nos. 47 and 65) are denied.

Dated: January 27, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

hard0726.ord