1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KRISTIN HARDY,                          No.  2:13-cv-00726 JAM DB

12                   Plaintiff,

13           v.                              ORDER

14   C DAVIS, et al.,

15                   Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18   under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19   28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On May 5 and 6, 2016, the parties filed cross-motions for summary judgment.  (ECF Nos.

21   83; 84.)  On February 8, 2017, the magistrate judge filed findings and recommendations herein

22   which were served on all parties and which contained notice to all parties that any objections to

23   the findings and recommendations were to be filed within fourteen days.  (ECF No. 102.)

24   Plaintiff and defendants filed objections to the findings and recommendations.  (ECF Nos. 109;

25   110.)

26          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

27   court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

28   ////

1

court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 8, 2017 (ECF No. 102) are adopted in full;

2.     Plaintiff's motion for partial summary judgment (ECF No. 83) is denied;

3.     Defendants' motion for summary judgment (ECF No. 84) is granted in part and denied in part;

4.     Defendant Davis is entitled to summary judgment concerning plaintiff's Fourth Amendment claim and Eighth Amendment claim;

5.     Defendants Morris and Zahniser are entitled to summary judgment on plaintiff's Eighth Amendment excessive force claim;

6.     Defendants Morris and Zahniser are denied summary judgment on plaintiff's Fourth Amendment claim; and

7.     Defendants Morris and Zahniser are denied qualified immunity concerning plaintiff's Fourth Amendment claim.

DATED:  MAY 18, 2017                          /s/ John A. Mendez_____

                                              UNITED STATES DISTRICT COURT JUDGE