UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. DAVIS, et al.,<br><br>　　　　Defendants. | No. 2:13-cv-0726 JAM DB P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to this court pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Before this court is plaintiff's motion to amend the first amended complaint. (ECF No. 81). Defendants have filed an opposition to plaintiff's motion, and plaintiff has filed a reply. (ECF Nos. 86, 88).

Since the filing of plaintiff's motion to amend, discovery has closed, and dispositive motions have been filed and adjudicated.[1] (See, e.g., ECF Nos. 83, 84, 102). Furthermore, plaintiff has already amended the complaint once (see ECF No. 52), and the time-period within which to have requested leave to amend again had long passed at the time plaintiff filed the

---

[1] Indeed, the court's delay in addressing this motion appears to have been an oversight.

1

instant motion.  See Fed. R. Civ. P 15(a)(1)(B) (stating need to amend within twenty-one days after service of responsive pleading).

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to amend the first amended complaint (ECF No. 81) is DENIED as moot.

Dated:  October 8, 2019

/s/ Deborah Barnes
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:13
DB/ORDERS/ORDERS.PRISONER.CIVIL RIGHTS/hard0726.mta.den