UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY, | No. 2:13-cv-0726 JAM DB P |
| Plaintiff, | |
| v. | ORDER |
| C. DAVIS, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  In an order filed January 5, 2021, this court ordered the parties to meet and confer and file a joint statement regarding the usefulness of a settlement conference at this juncture.  That joint statement was due on January 26, 2021.

    On January 25, plaintiff filed a statement explaining that the parties had conferred and all agree that a settlement conference would be useful.  (ECF No. 139.)  The statement was signed by plaintiff but was not signed by defendants' counsel.  Typically, a joint statement includes the signatures of both parties.  While this court recognizes the difficulties in providing both signatures when one party is incarcerated, it requires signed confirmation that defendants agree to both a settlement conference and waiver of any claims of disqualification from having the undersigned magistrate judge conduct the settlement conference.

///

Accordingly, IT IS HEREBY ORDERED that within five days of the filed date of this order, defendants shall provide a statement addressing the usefulness of a settlement conference and stating whether they waive any claims of disqualification.

Dated: January 29, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/prisoner-civil rights/hard0726/sett conf stmt