UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARDY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. DAVIS, et al.,<br><br>　　　　Defendants. | No.  2:13-cv-00726 JAM DB P<br><br>ORDER SETTING SETTLEMENT CONFERENCE |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. The court has determined that this case would benefit from a settlement conference. Both parties have requested the undersigned conduct the settlement conference and waived in writing any claim of disqualification on that basis pursuant to Local Rule 270(b). (ECF Nos. 139, 141.) Therefore, the undersigned will conduct a settlement conference on May 26, 2021, at 10:00 a.m. The settlement conference will be conducted by video conference. The court will issue a separate order and writ of habeas corpus ad testificandum to secure plaintiff's video presence in due course.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for a settlement conference before Magistrate Judge Barnes on May 26, 2021, at 10:00 a.m. The settlement conference will be conducted by video conference.

1

2. The court will issue a writ of habeas corpus ad testificandum to secure plaintiff's video presence at the settlement conference.

3. Each party must have a principle with full and unlimited authority to negotiate and enter into a binding settlement attend.

4. Those in attendance must be prepared to discuss the claims, defenses, and damages.

5. The failure of any counsel, party, or authorized person subject to this order to appear in person, or as otherwise authorized by the court, may result in the imposition of sanctions.

6. Each party shall provide a confidential settlement statement to chambers, no later than May 19, 2021, via e-mail to dborders@caed.uscourts.gov.  If plaintiff is unable to access the internet, he shall, on or before May 12, 2021, send his statement to the court by mail at 501 I Street, Sacramento, CA 95814, and indicate on the envelope and on the face of the statement that it is a confidential communication to Magistrate Judge Barnes.  Such statements shall not be filed with the Clerk or served on the opposing party.  However, each party shall notify the other party that the statement has been submitted to the judge's chambers.

Dated:  March 10, 2021

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:14
DLB:1/Orders/Prisoner/Civil.Rights/hard0726.settlement.waiver